**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

MAY 29 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| VS. | ) CR. NO. MD 13 CR 174 |
| James Vernon Sproule | ) |

## MOTION TO DETAIN

COMES NOW the United States of America by and through the United States Attorney for the Western District of Texas and moves the Court to detain the above named Defendant without bail and for cause would show the following:

( )   The Defendant is charged with a crime of violence;

( )   The Defendant is charged with an offense for which a maximum term of imprisonment of ten years or more is prescribed in the controlled Substances Act (21 USC 801 et seq.), or the Controlled Substances Import and Export Act (21 USC 951 et. seq.);

( )   The Defendant is charged with a felony offense and has been convicted of two or more prior felonies, each of which is a crime of violence; or an offense for which a maximum term of imprisonment of ten years or more is prescribed in the controlled Substances Act (21 USC 801 et seq.), the Controlled Substances Import and Export Act (21 USC 951 et. seq.).

(X)   The Defendant is charged with an offense that involves a minor victim; or involves the possession or use of a firearm, destructive device, or any other dangerous weapon; or involves a failure to register under Title 18, United States Code, Section 2250;

( )   A serious risk exists that the Defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror;

(X)   A serious risk exists that the accused will flee; and/or

The Government request that a hearing of this motion be conducted:

( )   Immediately;

(X)   After a continuance of three (3) days at the request of the Government;

WHEREFORE, premises considered, the United States prays that the Court conduct a hearing to determine whether the Defendant(s) should be detained without bail pending trial, and, further the Government prays that the Defendant(s) be detained without bail pending trial.

Respectfully submitted,
ROBERT PITMAN
UNITED STATES ATTORNEY

By: _____
Assistant United States Attorney