◈PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

FILED

MAR 2 3 2016

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____LW_____
                    DEPUTY

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: James Vernon Sroufe     Case Number: 7:13-CR00174-001

Name of Sentencing Judicial Officer: The Honorable Robert Junell, United States District Judge

Date of Original Sentence: October 4, 2013

Original Offense: Failure to Register as a Sex Offender in violation of 18 U.S.C. § 2250(a)

Original Sentence: 21 months custody of BOP followed by 18 years of supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: March 30, 2016

### PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term _____ years.

☒ To modify the conditions of supervision as follows:

"The defendant shall reside at Dismas Charities, Inc., 24 West Industrial Loop, Midland, Texas 79701 for a period of time not to exceed 120 days. The Defendant shall comply with all program rules. 25% subsistence shall be waived."

≋Prob 12B
(7/93)

## CAUSE

The defendant is currently in state custody and has a projected release date of March 30, 2016. The defendant has not been able to secure a residence and requires assistance from the United States Probation Office. Placement at Dismas Charities will provide residential assistance and allow the offender to work on establishing his own residence.

Approved by:

JASON M. CROUCH
Supervising U.S. Probation Officer
Telephone: (432) 686-4060, Ext 2239

Respectfully submitted,

by   TREMANE PEEL
U.S. Probation Officer
Date:  March 23, 2016

---

THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other

_____
The Honorable ~~Robert Junell~~ DAVID COUNTS
~~Senior~~ United States ~~District~~ Judge MAG

3/23/2016
Date

/tp

PROB 49
(3/89)

# United States District Court

Western District of Texas

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

> " The defendant shall reside at Dismas Charities, Inc., 24 West Industrial Loop, Midland, Texas 79701 for a period of time not to exceed 120 days. The defendant shall comply with all program rules. The 25% subsistence shall be waived."

Witness _____  Signed _____
              (U.S. Probation Officer)                  (Probationer or Supervised Releasee)

_____
1/13/16
(Date)