PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

FILED

MAY 0 4 2016

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                      DEPUTY

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: James Vernon Sroufe                          Case Number: 7:13-CR00174-001

Name of Sentencing Judicial Officer: The Honorable Robert Junell, United States District Judge

Date of Original Sentence: October 4, 2013

Original Offense: Failure to Register as a Sex Offender in violation of 18 U.S.C. § 2250(a)

Original Sentence: 21 months custody of BOP followed by 18 years of supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: March 30, 2016

## PETITIONING THE COURT

[ ] To extend the term of supervision for _____ years, for a total term _____ years.

[X] To modify the conditions of supervision as follows:

"The defendant shall not use any computer (whether or not equipped with a modem or access to the internet) at any location (whether or not at his place of employment, residence, or elsewhere) without the prior written permission of his probation officer. The defendant shall not possess or use a phone with access to the internet."

Prob 12B
(7/93)

## CAUSE

It is recommended the listed condition be remitted; as information on the defendant's registering conviction does not involve the use of a computer or a phone with internet access. The defendant was convicted of Indecency With a Child, Case Number 219-80248-93, Colin County, Texas.

Approved by:

BRAD RICHARDS
Supervising U.S. Probation Officer
Telephone: (432) 686-4060, Ext 0319

Respectfully submitted,

by   TREMANE PEEL
U.S. Probation Officer
Date: May 4, 2016

---

THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☑ The modification of conditions as noted above.

☐ Other

_____
The Honorable Robert Junell
Senior United States District Judge

5-4-16
Date

/tp

PROB 49
(3/89)

# United States District Court

<u>  Western  </u> District of <u>  Texas  </u>

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

> "The defendant shall not use any computer (whether or not equipped with a modem or access to the internet) at any location (whether or not at his place of employment, residence, or elsewhere) without the prior written permission of his probation officer. The defendant shall not possess or use a phone with access to the internet."

Witness _____   Signed _____
             *(U.S. Probation Officer)*                                        *(Probationer or Supervised Releasee)*

                                                       5-3-16
                                                     *(Date)*