≋PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

**FILED**
JUL 1 8 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                       DEPUTY

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: James Vernon Sroufe               Case Number: 7:13CR00174-001

Name of Sentencing Judicial Officer: The Honorable Robert Junell, United States District Judge

Date of Original Sentence: October 4, 2013

Original Offense: Failure to Register as a Sex Offender in violation of 18 U.S.C. § 2250(a)

Original Sentence: 21 months custody of BOP followed by 18 years of supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: March 30, 2016

### PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term _____ years.
☒ To modify the conditions of supervision as follows:

"The defendant shall reside at Dismas Charities, Inc., 24 West Industrial Loop, Midland, Texas 79701 for a period of time not to exceed 120 days. The defendant shall comply with all program rules. The 25% subsistence shall be waived."

Prob 12B
(7/93)

## CAUSE

The defendant has not secured a residence and requires assistance from the United States Probation Office. The defendant currently resides at Dismas Charities and an extension to stay is requested to allow the defendant to secure a private residence.

Approved by:

*[signature]*

OSWALDO HINOJOS
Supervising U.S. Probation Officer
Telephone: (432) 686-4060, Ext 0313

Respectfully submitted,

*[signature]*

by   TREMANE PEEL
U.S. Probation Officer
Date: July 15, 2016

---

THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☑ The modification of conditions as noted above.

☐ Other

*[signature]*

The Honorable Robert Junell
Senior United States District Judge

7-18-16
Date

/tp

PROB 49
(3/89)

# United States District Court

_Western_ District of _Texas_

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

> " The defendant shall reside at Dismas Charities, Inc., 24 West Industrial Loop, Midland, Texas 79701 for a period of time not to exceed 120 days. The defendant shall comply with all program rules. The 25% subsistence shall be waived."

Witness _____
(U.S. Probation Officer)

Signed _____
(Probationer or Supervised Releasee)

_7/12/16_
(Date)