PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
### WESTERN DISTRICT OF TEXAS

FILED
2017 JAN -3 AM 10: 24
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## Report on Offender Under Supervision

Name of Offender: James Vernon Sroufe          Case Number: 7:13CR00174-001

Name of Sentencing Judicial Officer:   The Honorable Robert Junell, United States District Judge

Date of Original Sentence:  October 4, 2013

Original Offense:  Failure to Register as a Sex Offender in violation of 18 U.S.C. § 2250(a)

Original Sentence:  21 months imprisonment; 18 years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced:  March 30, 2016

### PREVIOUS COURT ACTION

On March 23, 2016, the conditions of supervision were modified for the offender to reside at Dismas Charities for a period not to exceed 120 days due to the offender not being able to secure a residence.

On May 4, 2016, the conditions of supervision were modified for the offender to reside at Dismas Charities for a period not to exceed 120 days due to the offender not being able to secure a residence.

On July 18, 2016, the conditions of supervision were modified to remit the offender to not use any computer at any location without prior written permission of his probation officer or to not possess a phone with access to the internet.

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | "The defendant shall abstain from the use of all intoxicants, including alcohol, marijuana, synthetic marijuana, and bath salts, during the term of supervision." |
| | On November 28, 2016, a home visit was conducted, contact was made with offender who was observed consuming non-alcoholic beer. |

U.S. Probation Officer Action:

Mr. Sroufe admitted to have been consumed nonalcoholic beer on a regular basis since he had secured his own residence in July of 2016. It was brought to the attention of Mr. Sroufe the beer does have .05% content alcohol per beer and it is posted on the beer, he was asked to not drink anything with alcoholic content in the future, and he agreed. It is respectfully recommended that no court action be taken at this time.

| Approved: | Respectfully submitted, |
|---|---|
| Keith Thompson | Sonia Perez Mascorro |
| Supervising U.S. Probation Officer | United States Probation Officer |
| Telephone: (432) 686-4060, Ext. 0314 | Telephone: (432) 686-4060, Ext. 2257 |
| | Date: December 16, 2016 |

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other _____

_____
Senior U.S. District Judge Robert Junell

1-3-17
Date