PROB 35

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Crim. No.  7:13CR00174-001

JAMES VERNON  SROUFE

On October 4, 2013, the above-named Defendant was sentenced in the Western District of Texas, Midland/Odessa Division, to 21 months imprisonment followed by 18 years supervised release for the offense of Failure to Register as a Sex Offender, in violation of 18 U.S.C. § 2250(a). On March 30, 2016, the Defendant released from state custody and commenced service of the term of supervised release which was scheduled to be in effect until March 29, 2034. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision.  It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

Tremane Peel, Senior U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be relieved from supervision of the United States Probation Office and that the proceedings in the case be terminated.

**SIGNED** this 1st day of November, 2022

David Counts
United States District Judge